1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
     Attorney for Plaintiff
4

5
                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7
                         FRESNO DIVISION
8

9
   Allen Dobbs,                    )   CASE NO. 1:10-cv-01658-AWI-SKO
10       Plaintiff,                )
                                   )
11      v.                         )
                                   )   STIPULATION AND ORDER
12 Commissioner of Social Security )   FOR EXTENSION OF TIME TO SUBMIT
        Defendant.                 )   PLAINTIFF'S CONFIDENTIAL BRIEF
13
          IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a
14
   first-time 30-day extension of time to submit a confidential brief. The current due date for
15
   Plaintiff's Confidential Brief is March 4, 2011. The new due date will be April 4, 2011.  The
16
   scheduling order should be modified accordingly.
17
   Dated: March 1, 2011              /s/ Sengthiene Bosavanh
18
                                     SENGTHIENE BOSAVANH, ESQ.
19                                   Attorney for Plaintiff

20 Dated: March 1, 2011              BENJAMIN B. WAGNER
                                     United States Attorney
21

22                                   By: /s/ Ann Lucille Maley
                                     (as authorized via e-mail)
23                                   ANN LUCILLE MALEY
                                     Special Assistant United States Attorney
24

25

26

27

28

**ORDER**

Upon the parties' stipulation, IT IS ORDERED that Plaintiff shall serve his confidential brief **by no later than April 4, 2011**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 7-1 ¶ 14.)

IT IS SO ORDERED.

**Dated:   March 1, 2011**                         /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE