1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
     Attorney for Plaintiff
4

5

6                     UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

                           FRESNO DIVISION
8

9

10 Allen Dobbs,                        )
                                       )   CASE NO. 1:10-cv-01658-SKO
        Plaintiff,                     )
11                                     )
        v.                             )
12                                     )   **STIPULATION AND ORDER**
   Commissioner of Social Security     )   **SETTLING ATTORNEY'S FEES**
                                       )   **PURSUANT TO THE EQUAL ACCESS**
13                                     )   **TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
                                       )
14      Defendant.                     )
   _____

15        IT IS HEREBY STIPULATED by and between the parties through their undersigned

16 counsel that, subject to the approval of the Court, Plaintiff be awarded attorney fees under the

17 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR

18 THOUSAND dollars and 00/100 cents ($4,000.00). This amount represents compensation for

19 all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action,

20 in accordance with 28 U.S.C. § 2412(d).

21        This stipulation constitutes a compromise settlement of Plaintiffs request for EAJA

22 attorney fees, and does not constitute an admission of liability on the part of Defendant under

23 the EAJA. Payment of FOUR THOUSAND dollars and 00/100 cents ($4,000.00) in EAJA

24 attorney fees, shall constitute a complete release from and bar to any and all claims

25 Plaintiff may have relating to EAJA fees in connection with this action. Per the assignment, any

26 payment is to be made out to Plaintiff's counsel, Sengthiene Bosavanh, and mailed to 948 11th

27 Street, Suite 17 Modesto, CA 95354.

28        This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

   Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: September 16, 2011            /s/ Sengthiene Bosavanh

                                               SENGTHIENE BOSAVANH, ESQ.
Attorney for Plaintiff

Dated: September 16, 2011            BENJAMIN B. WAGNER
United States Attorney


By: /s/Sundeep R. Patel
(as authorized via e-mail)
SUNDEEP R. PATEL
Special Assistant United States Attorney


**ORDER**

IT IS SO ORDERED.

**Dated:    September 18, 2011**               **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE