# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN DOBBS,<br><br>        Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____ | Case No.: 1:10-cv-01658-SKO<br><br>**ORDER CORRECTING THE AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920.**<br><br>(Doc. 26) |

On September 16, 2011, the parties filed a stipulation for the award and payment of attorneys' fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), codified at 28 U.S.C. § 2412(d), and for costs pursuant to 28 U.S.C. § 1920. (Doc. 24.) The Court ordered that the EAJA fees be awarded pursuant to the stipulation. (Doc. 25.)

On September 29, 2011, the parties filed another stipulation for the award of EAJA fees, seeking to supersede the prior stipulation because it contained an error. (Doc. 26.) Specifically, the parties indicated that their September 16, 2011, stipulation "incorrectly states that payment shall be made to Plaintiff's counsel, however . . . payment must be made to Plaintiff." (Doc. 26, 1:19-21.)

Accordingly, the Court hereby APPROVES the September 29, 2011, stipulation and SUPERSEDES the September 16, 2011, stipulation. The Court hereby ORDERS that EAJA fees

1 and expenses in the amount of $4,000.00, as authorized by 28 U.S.C. § 2412, be awarded to Plaintiff
2 subject to the terms of the parties' September 29, 2011, stipulation.

4 IT IS SO ORDERED.

5 **Dated:** **October 3, 2011**               /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE